IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

THOMAS TROUBLE MAHER,

Plaintiff,

v.

EARL TOPPINGS; and RICHARD BUNCH,

Defendants.

CIVIL ACTION NO.: 6:15-cv-10

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 10), to which Objections have been filed. Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.[1]

Plaintiff's action is **DISMISSED**, and the Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court also **DENIES AS MOOT** Plaintiff's Motion to Alter the Magistrate Judge's Order denying Plaintiff appointed counsel. (Doc. 17.) The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 2nd day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In his Objections, Plaintiff refers to the Court's Order in one of his prior cases, Maher v. Wayne Johnson, et al., 6:12-cv-97 (S.D. Ga. Oct. 22, 2013) ECF No. 54. However, Plaintiff blatantly ignores the Court's Order in Maher v. Toppings, et al., (S.D. Ga. Sept. 29, 2014), ECF No. 10. The Magistrate Judge relied upon this later case, not Plaintiff's earlier case, when recommending that this action be dismissed on *res judicata* principles. (Doc. 10, pp. 4–5.)